# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

**FILED**

JUL -2 2018

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

HOWARD EDWARD COLEMAN, Petitioner,

*Plaintiff(s)*
v.
STEVEN KALLIS, Warden, Respondent.

Civil Action No. 5:17-CV-80

*Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:
☐ Judgment award    ☐ Judgment costs    ☒ Other

other:    Pursuant to FRCP 58, the Clerk is directed to enter judgment on this matter.

This action was:
☐ tried by jury    ☐ tried by judge    ☒ decided by judge

decided by Judge Frederick P. Stamp, Jr.

IT IS ORDERED AND ADJUDGED that the Report and Recommendation of the Magistrate Judge is AFFIRMED and ADOPTED; the Writ of Habeas Corpus under 28 U.S.C. Section 2241 is DENIED; Respondent's motion to dismiss or, in the alternative, for summary judgment is GRANTED and this civil action is DISMISSED WITH PREJUDICE and STRICKEN from the active docket of this Court; and it is further
ORDERED that Petitioner has waived his right to seek appellate review.

Date:  July 2, 2018

CLERK OF COURT
Cheryl Dean Riley

By: *A. O - Abraham*

*Signature of Clerk or Deputy Clerk*